JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, | ) Case No. ED CV 13-1320-VAP (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CITY OF BEAUMONT, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

Dated: _July 9, 2014_____

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE